# SUMMONS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CASE: 3:12CV 615

**Plaintiff** - Name and Address
MARY JO TOLBERT
68066 Dailey Road
Edwardsburg, MI 49112

vs.

**Defendant** - Name and Address
NEW ENGLAND COMPOUNDING PHARMACY, INC.
c/o Gregory Conigliaro, Registered Agent
697 Waverly Street
Framingham, MA 01702

**TO THE ABOVE NAMED DEFENDANT OR DEFENDANTS:**

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature of the suit against you is stated in the complaint which is attached to this summons. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

**CLERK'S ISSUANCE**

DATE  10/22 , 20 12

BY: _____ CLERK
    _____ DEPUTY

The following manner of service is hereby designated:
[ ] Registered Mail
**[X] Certified Mail**
[ ] By Sheriff as provided by law
[ ] Other, as follows:_____
(If by mail, stamped addressed envelope with return receipt attached to be furnished by the attorney.)

UNITED STATES DISTRICT COURT
102 Robert A. Grant Courthouse
204 South Main Street
South Bend, Indiana 46601
Telephone: (574) 246-8000

**ATTORNEY FOR PLAINTIFF**
Richard W. Morgan, 53600 N. Ironwood Dr., South Bend, IN 46635 (574) 272-2870

## ACKNOWLEDGMENT OF SERVICE OF SUMMONS

A copy of the above summons and a copy of the complaint attached thereto was received by me at _____ this _____ day of _____, 20___.

_____
Signature of Defendant

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | .605 |
| Certified Fee | | 2.95 |
| Return Receipt Fee (Endorsement Required) | | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.95 |

Postmark Here: 10/22/12

Sent To: New England Compounding Pharmacy
Street, Apt. No.; or PO Box No.: c/o Gregory Conigliaro, RA, 697 Waverly St.
City, State, ZIP+4: Framingham, MA 01702

PS Form 3800, August 2006    See Reverse for Instructions

7011 2970 0002 3677 4897

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New England Compounding Pharmacy, Inc
c/o Gregory Conigliaro, Reg. Agent
697 Waverly St.
Framingham, MA 01702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steve Higgins_  ☐ Agent ☒

B. Received by (Printed Name): Steve Higgins
C. Date of Delivery: 10-30

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7011 2970 0002 3677 4897

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Richard W. Morgan
Pfeifer Morgan + Stesiak
53600 N. Ironwood Dr
South Bend, IN 46635

attn: Vicki