# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

MARY JO TOLBERT

v.                                          Civil No. 3:12-CV-615 WCL

NEW ENGLAND COMPOUNDING
PHARMACY INC

## ORDER

The court has been advised that this action cannot proceed to trial and disposition for the following reason:

The case is stayed due to the defendant having filed bankruptcy.

Therefore, it is ordered that the clerk of the court mark this action closed for statistical purposes and,

It is further ordered that the court shall retain jurisdiction and that this case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

Enter:  January 16, 2013.

 s/William C. Lee
William C. Lee, Judge
United States District Court